■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KING, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 16, 1973, convicting him of possession of a dangerous weapon, etc., as a misdemeanor, upon his plea of guilty, and imposing sentence. The appeal also brings up for review the denial of defendant's motion to suppress certain physical evidence. Judgment reversed, on the law and the facts, motion granted, and indictment dismissed. The arresting officer saw the defendant standing next to the basement door of the apartment house in which he lived, apparently reading his mail. One week earlier a narcotics arrest had been made in that basement. The defendant's presence near the basement door aroused the officer's suspicions and he decided to stop and question him. In doing so he noticed a bulge in the defendant's outer pocket, which turned out to be a handgun. Under the facts of this case, the officer's stopping of the defendant was a constitutionally impermissible intrusion upon his privacy (see *People v Sanchez*, 38 NY2d 72; *People v Cantor*, 36 NY2d 106). Hence, the evidence seized must be suppressed and the indictment dismissed. Martuscello, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS LOPEZ, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed June 10, 1974, upon his conviction of criminal sale of a controlled substance in the third degree, upon his plea of guilty. Sentence affirmed. No opinion. Martuscello, Acting P. J., Christ, Titone and Hawkins, JJ., concur; Shapiro, J., dissents and votes to reverse the sentence and to remand the case to Criminal Term for resentence, with the following memorandum: In my view, from the colloquy between the sentencing court and defendant, it seems clear that the court was of the opinion that the minimum term which it could impose was five years and that it could not impose a minimum term of less than five years. Under the circumstances, defendant should be remanded for resentence.